# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201700257**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## JORDAN L. ADAMS
Machinist's Mate Second Class (E-5), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Heather A. Partridge, JAGC, USN.
Convening Authority: Commander, Navy Region Mid-Atlantic, Norfolk, VA.
Staff Judge Advocate's Recommendation: Commander Irve C. Lemoyne, JAGC, USN.
For Appellant: Lieutenant Colonel Lee C. Kindlon, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 28 November 2017

———————————————

Before HUTCHISON, PRICE, and FULTON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court